Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Northern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 29 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Justin Lomax MDOC #153091
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Micheal Dixon ET AL
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:25-CV-386-CWR-ASH
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Justin Lomax MDOC#153091
All other names by which
you have been known:
ID Number 153091
Current Institution Walnut Grove Correctional Facility
Address

P.O. BOX 389      City Walnut Grove  State MS    Zip Code 39189

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name Michael Dixon
    Job or Title (if known) Superintendent
    Shield Number
    Employer Mississippi Department of Corrections
    Address

P.O. BOX 389      City Walnut Grove  State MS    Zip Code 39189
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
    Name Mr. Farmer
    Job or Title (if known) Correctional Officer
    Shield Number
    Employer Mississippi Department of Corrections
    Address

P.O. BOX 389      City Walnut Grove State MS    Zip Code 39189
[✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name **Michael Bane**
Job or Title *(if known)* **Deputy Warden**
Shield Number
Employer **Mississippi Department of Corrections**
Address
**P.O. Box 389**
City **Walnut Grove** State **MS** Zip Code **39189**
[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name **Ms. Mcneil**
Job or Title *(if known)* **Nurse**
Shield Number
Employer **Mississippi Department of Corrections**
Address
**P.O. Box 389**
City **Walnut Grove** State **MS** Zip Code **39189**
[✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**"See Attachments"**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attachment"

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See Attachment"

C. What date and approximate time did the events giving rise to your claim(s) occur?

"See Attachment"

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attachment"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"See Attachment"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"See Attachment"

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Walnut Grove Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   Walnut Grove Correctional Facility

2. What did you claim in your grievance?
   Negligence/Endangerment
   Harassment
   False Imprisonment
   Right to Medical Care

3. What was the result, if any?
   NONE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   grievance process unavailable

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

administrative remedies unavailable

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)

    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) Justin Lomax
    Defendant(s) Arnold, Turner, Hicks, Lee, Stockhart, Timothy Barnes, Ellis, Burl Cain, Nicholson, Roby, Unknown, Unknown

2. Court *(if federal court, name the district; if state court, name the county and State)*
    United States District Court for the Southern District of Mississippi

3. Docket or index number
    I.D.: 153091 in existing Case: 3:24-cv-00371-CWR-ASH

4. Name of Judge assigned to your case
    Magistrate Judge s/Andrew S. Harris

5. Approximate date of filing lawsuit
    June 25, 2024

6. Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-28-25

Signature of Plaintiff: *Justin Lomax*
Printed Name of Plaintiff: Justin Lomax
Prison Identification #: 153091
Prison Address: P.O. Box 389

City: Walnut Grove  State: MS  Zip Code: 39189

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address

(Full list of Defendants)

1.) Micheal Dixon
2.) Mr. Farmer
3.) Mr. Bane
4.) Ms. Mcneil

II. Basis for Jurisdiction

Ⓑ
1.) Negligence
2.) Harassment
3.) False Imprisonment
4.) Right to Medical Care

Ⓓ
1.) Superintendent Dixon acted under the color of state or local law by negligently endangering a prisoner, housing prisoner in a gang-unit without structuring prison security personnel according to Mississippi Department of Corrections standard operation procedures.

2.) Correctional Officer Farmer acted under the color of state or local law by maliciously harassing prisoner without warranted probable cause.

3.) Deputy Warden Bone acted under the color of state or local law by negligently failing to read prisoner rights or present prisoner a detention notice for reason(s) of segregating prisoner causing prisoner to be falsely imprison.

4.) Nurse Mcneil acted under the color of state or local law by denying prisoner medical attention and or medical treatment.

IV. Statement of Claim Attachments Page 4 of 11

Claim #1: Walnut Grove Correctional Facility - Housing Unit 5 - Zone Alpha
March 29, 2025 - 10:00am - 11:00am

Claim #2: Walnut Grove Correctional Facility - Housing Unit 5 - Zone Alpha
April 1st, 2025 - 10:00 PM

Claim #3: Walnut Grove Correctional Facility - Housing Unit 5 - Zone Alpha
April 6th, 2025 - 9:35 PM

Claim #4: Walnut Grove Correctional Facility - Housing Unit 5 - Zone Alpha
May 8th, 2025 - 8:35 a.m.

# IV. STATEMENT OF CLAIM

D.

**Claim #1:** On March 29th, 2025 at or around 10:00a.m - 11:00a.m I the Plaintiff was approached by another Prisoner who used a wooden broom stick with a metal legging to assault me physically. This assault went unnotice by prison officials due to SUPERINTENDENT DIXON assigning me a non-affilated prisoner to a gang-unit and failing to structure Walnut Grove Correctional Facility according to Mississippi Department of Corrections Standard Operation Procedures. Titled "Classification Plan" [22-01-0].

**Claim #2:** On April 1st, 2025 at or around 10:00pm Correctional Officer Farmer, Correctional Officer Perkins, CID Alexander, and Deputy Warden Bane, entered Housing Unit 5 zone Alpha, and can visibly be seen on recorded video footage surrounding my cell #2 and to place me the Plaintiff in restraints and escort me the Plaintiff to body scanner and than to medical to be pre-seg for unknown probable cause. Upon being pre-seg by medical staff my blood pressure was read to be very abnormal, which caused medical staff to place me the Plaintiff under medical watch due to fear of a heart attack or stroke.

**Claim #3:** On April 6th, 2025 Correctional Officer Farmer entered housing unit 5 zone Alpha to conduct a Institutional body count. Correctional Officer Farmer approached my cell #11 and begin to inspect my cell door lock mechanism. Correctional Officer Farmer exited housing unit 5 zone Alpha and returned minutes later with another officer. Officer Farmer and officer left and returned again minutes later opening my cell door placing me in restraints. I the Plaintiff was escorted to body scanner, and than escorted to medical to be pre-segged, and placed in segregation for unknown probable cause. Upon being pre-seg by medical staff my blood pressure was read to be very abnormal. However I the Plaintiff was taken to segregation I the Plaintiff was never read rights for reason for dentention. On April 8th, 2025 I the Plaintiff was released from segregation by Warden Jones.

Claim#4:

On May 8th, 2025 Nurse Mcneil made a medical visit for a sick call request written by plaintiff comcerning not recieving blood-pressure medication prescribe by Nurse Practioner King. I was informed by Nurse Mcneil that Nurse Practioner King had not noted such in my medical charts and that my blood-pressure was noted to be stable. However I informed Nurse Mcneil of continuing abnormal vital signs checking and that I was refered to Nurse Practioner King whom along with the assistance of Nurse Malone had done a follow-up after reccommending me to have vital signs checked and noted for ten days and that I was prescribed blood-pressure Meds and Placed on chronic care by Nurse Practioner King. I further informed Nurse Mcneil of constant headaches, dizziness, heart-fluttering, blurry visions, and difficult trouble in breathing and was denied to have vitals checked at sick call visit by Nurse Mcneil.

V. Injuries

Attachments
Page 5 of 11

1.) Swollen left ear drum, laceration to left rib cage, and busted lip
2.) Psychologically effected; Anxiety - Mental Health Treatment (on-going)
3.) Abnormal blood-pressure levels

Injunction:
1.) A order to stop A Pattern of harassment
2.) A order to stop indequate medical care
3.) A order to stop continuing violation of any of My rights
4.) A order to stop unsafe living conditions